# United States Bankruptcy Court
## District of Nevada

Case No. **10–53654–gwz**
**Chapter 7**

In re: (Name of Debtor)
    JEFFREY E. HEATH
    3101 PLATTE RIVER DRIVE
    RENO, NV 89503

Social Security No.:
    xxx–xx–4746

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT KEITH J TIERNEY is discharged as trustee of the estate of the above named debtor(s).

The Chapter 7 case of the above named debtor(s) is closed.

Dated: 12/27/10

BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court